IN THE UNITED STATES DISTRICT COURT
FOR THE MARYLAND, SOUTHERN DISTRICT.

| UNITED STATES OF AMERICA | CRIMINAL CASE NO: |
| V. | PJM-17-376 |
| KENNETH WAYNE HART | |

## RESPONSE TO MOTION IN LIMINE BY DEFENDANT

COMES NOW, THE DEFENDANT, KENNETH WAYNE HART (HART), PRO SE, HEREBY FILES HIS RESPONSE IN REGARD TO COURT ORDER DATED 01/03/2020, ITEM 10, FOR ECF No. 65, THE GOVERNMENT'S MOTION IN LIMINE PURSUANT TO FED. R. EVID. 412, AS FOLLOWS:

1. THE DEFENDANT IS NOT AN ATTORNEY TO PREPARE HIS RESPONSE EFFECTIVELY.
2. THE DEFENDANT DOES NOT HAVE ANY ACCESS TO CASE DOCUMENTS.

1

3. THE DEFENDANT FILED A MOTION TO DISMISS THE CASE ON OR ABOUT 1-13-2020.
4. THE DEFENDANT PRAYS TO THIS HONORABLE COURT TO CONSIDER HIS MOTION TO DISMISS PRIOR TO CONSIDERING ANY OTHER MOTION.

IN ADDITION, THE DEFENDANT FILED A MOTION TO DISMISS COURT APPOINTED THIRD ATTORNEY, MR. MICHAEL MONTEMARANO ON OR ABOUT 1-7-2020.

THE DEFENDANT DID NOT YET RECEIVE ANY DOCUMENT IN THAT RESPECT. HOWEVER, MR. MONTEMARANO VISITED THE DEFENDANT AT CDF ON THE MORNING OF 1-17-2020 AND HANDED OVER A LETTER THAT HE SENT TO HONORABLE JUDGE MESSITTE DATED 1-15-2020, WHEREBY HE CONCERED WITH THE DEFENDANT AND NO OBJECTION TO HIS REMOVAL FROM MY CASE

THE DEFENDANT ALSO WOULD LIKE TO FILE FOLLOWING CASE LAW IN SUPPORT OF MOTION TO DISMISS FILED PREVIOUSLY:

2

1. SPEEDY TRIAL
   A) EVERY DEFENDANT IS ENTITLED TO A SPEEDY TRIAL IN ACCORDANCE WITH FEDERAL CONSTITUTION. 21 L ED 905
   B) CRIMINAL LAW 48 - RIGHT TO A SPEEDY TRIAL. THE FACTORS ARE:
      - LENGTH OF DELAY
      - REASON FOR DELAY
      - ASSERTION OF HIS RIGHT
      - PREJUDICE TO DEFENDANT

   TO PREVENT OPPRESSIVE PRETRIAL INCARCERATION; MINIMIZATION OF ANXIETY AND CONCERN OF ACCUSED; DESIRE THE POSSIBILITY OF DEFENSE IMPAIRE

   CRIMINAL LAW 48 - DELAY IN TRIAL.
      - DEFENDANT CONFINED IN JAIL PRIOR TO TRIAL IS OBVIOUSLY DISADVANTAGED.
      - UNABLE TO LEAD A NORMAL LIFE.
      - LENGHTY PRETRIAL DETENTION IS COSTLY FOR THE GOVERNMENT.
      - A STATISTICAL STUDY, 39 NYU L RE 631 (1964)
         • DETAINED PERSONS IN PRETRIAL RECEIVES MORE PRISON SENTENCE.
      - SEE UNITED STATES V. MANN 291 F SUPP 268 (SD NY 1968)

A SPEEDY TRIAL IS GUARANTEED THE ACCUSED BY THE SIXTH AMENDMENT OF THE UNITED STATES CONSTITUTION.

RIGHTS TO SPEEDY TRIAL, 51 VA L REV, 1587, 1619 (1965)

RIGHTS TO COUNSEL

SEE FEDERAL CONSTITUTION 93 L. ED 137, 2 L, ED, 1644, 9 L ED 2D, 1260, 18 L, ED 2D, 1420

RESPECTFULLY SUBMITTED

DATE: 1-17-2020   _Kenneth W. Hart_
KENNETH WAYNE HART, PRO SE
DEFENDANT.

4.