United States of America

vs.

Kenneth Wayne Hart

**Criminal No. PJM-17-376**                                    <u>**Government Trial Exhibits**</u>

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| **Witness Tampering Evidence (T)** ||||| 
| **T1** | March 4 2020 | March 4 2020 | Leonard | Grand Jury Subpoena for Crystal Smith |
| **T2** | March 4 2020 | March 4 2020 | Leonard | Photograph of Crystal Smith (side of face) |
| **T3** | March 4 2020 | March 4 2020 | Leonard | Photograph of Crystal Smith (hand and back) |
| **T4** | March 4 2020 | March 4 2020 | Leonard | Photograph of Crystal Smith (back) |
| **T5** | March 4 2020 | March 4 2020 | Leonard | Photograph of Crystal Smith (stomach and arm) |
| **T6** | March 4 2020 | March 4 2020 | Leonard | Photograph of Crystal Smith (upper back, close-up) |
| **T7** | March 4 2020 | March 4 2020 | Leonard | Photograph of Crystal Smith (breast area) |
| **T8** | March 4 2020 | March 4 2020 | Leonard | Photograph of Crystal Smith (breast area, side view) |
| **T9** | March 4 2020 | March 4 2020 | Leonard | Photograph of Crystal Smith (arm bruises) |
| **T10** | March 4 2020 | March 4 2020 | Leonard | Photograph of hole in wall of Apartment 202 |
| **Apartment 202 Search Warrant on April 21, 2017 (SW)** |||||
| **SW1** | March 3 2020 | March 3 2020 | Shipley | Exterior Photograph of Apartment 202 (front) |
| **SW2** | March 5 2020 | March 5 2020 | C. Smith | Exterior Photograph of Apartment 202 (back) |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| SW3 | March 3 2020 | March 3 2020 | Shipley | Exterior Photograph of Apartment 202 (back with close-up of windows) |
| SW4 | March 5 2020 | March 5 2020 | D. Smith | Exterior Photograph of Apartment 202 (back of apartment on date of search warrant) (USA_003562) |
| SW5 | March 5 2020 | March 5 2020 | D. Smith | Exterior Photograph of Apartment 202 (side) |
| SW6 | March 5 2020 | March 5 2020 | C. Smith | Exterior Photograph of Apartment 202 (front door of building) (KWH_0023) |
| SW7 | March 5 2020 | March 5 2020 | D. Smith | Exterior Photograph of Apartment 202 (front door of apartment) (KWH_0117) |
| SW8 | March 5 2020 | March 5 2020 | C. Smith | Search Warrant Photograph (entrance to Bedroom 3) |
| SW9 | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3 with bed) |
| SW10 | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, shelf near bed) |
| SW11 | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, tv console and entertainment center) |
| SW12 | March 5 2020 | March 5 2020 | C. Smith | Search Warrant Photograph (Bedroom 3, entertainment center with right door open) |
| SW13 | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, entertainment center with both doors open) |
| SW14 | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, close-up of Pyrex in entertainment center) |
| SW15 | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, second close-up of Pyrex in entertainment center) |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| **SW16** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, entertainment center with white powder on wood) |
| **SW17** | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, bookshelf with smoking devices) |
| **SW18** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, pink chair with purse) |
| **SW19** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3 closet) |
| **SW20** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3 mini refridgerator) |
| **SW21** | March 5 2020 | March 5 2020 | C. Smith | Search Warrant Photograph (Bedroom 3 nightstand) |
| **SW21A** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3 Trash Can Next to Nightstand) |
| **SW21B** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3 Close-up of cigarette box on nightstand) |
| **SW22** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, close-up of shelf with plastic tin and green baggie) |
| **SW23** | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3—Altoids and Celestial Seasonings tins between mattress and boxspring) |
| **SW24** | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, close-up of open Celestial Seasonings tin) |
| **SW25** | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, close-up of open Altoids tin with yellow and orange pills) |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| **SW26** | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, smoking device with blackened area) |
| **SW27** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, green baggie on boxspring and on floor) |
| **SW28** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, close-up of green baggie on floor) |
| **SW29** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, close-up of green baggie on boxspring) |
| **SW30** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, Maryland registration tags for 2018) |
| **SW31** | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, brown duffel bag with Kenneth Hart documents) |
| **SW32** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, contents of brown duffel bag, Hart's Maryland identification card and other documents) |
| **SW33** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, smoking devices and lighters on floor on white towel) |
| **SW34** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3, black duffel bag containing Hart documents described in ATF Item No. 75) |
| **SW35** | March 5 2020 | March 5 2020 | D. Smith | Metal sifter from Bedroom 3 (ATF Item No. 76) |
| **SW35A** | March 5 2020 | March 5 2020 | D. Smith | Photograph of ATF Item No. 76 |
| **SW36** | March 3 2020 | March 3 2020 | Shipley | Search Warrant Photograph (Bedroom 3, metal sifter) |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| **SW37** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 3 Bathroom) |
| **SW38** | March 4 2020 | March 4 2020 | Pontzer | Search Warrant Photograph (Bedroom 2, bed, floor and two white bowls on floor) |
| **SW39** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 2, close-up of floor area by bed) |
| **SW40** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 2, tv console and open drawer) |
| **SW41** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 2, White Samsung on floor by tv console) |
| **SW42** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 2, close-up of floor area by tv console) |
| **SW43** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 2, two shelves with narcotics) |
| **SW44** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 2, window sill with blackened smoking device) |
| **SW45** | | | | Search Warrant Photograph (Bedroom 2, shelf with narcotics and smoking device) |
| **SW46** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Bedroom 2, cotton ball and cigarette next to car key and marker) |
| **SW47** | March 5 2020 | March 5 2020 | C. Smith | Search Warrant Photograph (Hallway bathroom) |
| **SW48** | March 5 2020 | March 5 2020 | C. Smith | Search Warrant Photograph (Hallway bedroom, close-up of counter area) |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| **SW49** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Hallway bedroom, close-up of counter with spoon and cotton ball) |
| **SW50** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Hallway bedroom closet) |
| **SW51** | March 5 2020 | March 5 2020 | C. Smith | Search Warrant Photograph (Kitchen, overall shot) |
| **SW52** | March 5 2020 | March 5 2020 | D. Smith | Search Wararnt Photograph (kitchen closet) |
| **SW53** | March 5 2020 | March 5 2020 | | *Intentionally left blank* |
| **SW54** | March 5 2020 | March 5 2020 | C. Smith | Search Wararnt Photograph (kitchen drawer) |
| **SW55** | March 5 2020 | March 5 2020 | | *Intentionally left blank* |
| **SW56** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (Hallway closet) |
| **SW57** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Photograph (laundry room 1) |
| **SW58** | | | | *Intentionally left blank* |
| **SW59** | March 5 2020 | March 5 2020 | D. Smith | Search Warrant Phorograph (laundry room 2) |
| **SW60** | March 5 2020 | March 5 2020 | D. Smith | Digital scale on ground with cocaine (Item 003LQ0, ATF Item No. 95) |
| **SW61** | March 5 2020 | March 5 2020 | D. Smith | Photograph of digital scale on ground (USA_03561) |
| **SW62** | March 5 2020 | March 5 2020 | D. Smith | Photograph of drugs on ground (USA_03560) |
| **SW63** | March 5 2020 | March 5 2020 | D. Smith | Maryland identification card in the name of Kenenth Hart and hair tie (ATF Item No. 77) |
| **SW63A** | March 5 2020 | March 5 2020 | D. Smith | Photograph of ATF Item No. 77 |
| **SW64** | March 5 2020 | March 5 2020 | D. Smith | Photograph of money with hair tie |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| **SW65** | March 5 2020 | | D. Smith | Photograph of money on side without hair tie |
| **SW66** | | | | *Intentionally left blank* |
| **SW67** | March 5 2020 | March 5 2020 | D. Smith | Bag of documents belonging to Kenneth Hart (ATF Item No. 75) |
| **SW67A** | March 5 2020 | March 5 2020 | D. Smith | Photograph of ATF Item No. 75 (front of bag) |
| **SW67B** | March 5 2020 | March 5 2020 | D. Smith | Photograph of ATF Item No. 75 (back of bag) |
| **SW68** | | | | *Intentionally left blank* |
| **SW69** | March 5 2020 | | D. Smith | White Samsung cellphone (Kenneth Hart) (ATF Item No. 11) |
| **SW70** | | | | *Intentionally left blank* |
| **SW71** | March 5 2020 | March 5 2020 | D. Smith | One colorless baggie (no CDS) from bedroom 2 on the floor (Item 003LQ2, ATF Item No. 97) |
| **SW72** | March 5 2020 | March 5 2020 | D. Smith | One blue baggie of heroin residue next to the television in Hart's bedroom (Item 003LQE, ATF Item No. 104) |
| **SW73** | March 5 2020 | March 5 2020 | D. Smith | One green baggie of cocaine base in plastic lidded dish from Hart's bedroom (Item 003LQD, ATF Item No. 103) |
| **SW74** | March 5 2020 | March 5 2020 | D. Smith | Cocaine and alprazolam in Altoids tin container found between the mattress and boxspring in Hart's bedroom (Items 003LQ6 and 003LQ6A, ATF Item No. 100) |

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| **SW75** | March 5 2020 | March 5 2020 | D. Smith | Amphetamine also found in Altoids tin container found between mattress and boxspring in Hart's bedroom (Item 003LQ9, ATF Item No. 101) |
| **SW76** | March 5 2020 | March 5 2020 | D. Smith | One green packet containing heroin on the floor in Hart's bedroom next to the bed (Item 003LQB, ATF Item No. 102) |
| **SW77** | March 5 2020 | March 5 2020 | D. Smith | One green packet containing heroin from between the mattress and box spring in Hart's bedroom (Item 003LQ5, ATF Item No. 99) |
| **SW78 (Crack)** | March 5 2020 | March 5 2020 | D. Smith | Cocaine and heroin found in Celestial Seasonsings tin container between the mattress and boxspring in Hart's bedroom (Items 003LQ3 and 003LQ4, ATF Item No. 98) |
| **SW79 (Heroin)** | March 5 2020 | March 5 2020 | D. Smith | |
| **SW80** | March 5 2020 | March 5 2020 | D. Smith | One plastic bag corner of cocaine found in bedroom 2 (Item No. 003LQ1, ATF Item No. 96) |
| **SW81** | March 3 2020 | March 3 2020 | Shipley | Diagram of Apartment 202 |
| **Consent Search at Apartment 202 (S)** | | | | |
| **S1** | | | | Red knife (ATF Item No. 85) |
| **S2** | | | | Crystal Smith identification card and other identification cards (ATF Item No. 88) |
| **S2A** | | | | Photograph of ATF Item No. 88 |
| **S3** | | | | Coloring book and flower binder (ATF Item No. 82) |
| **Undercover Operation at Red Roof Inn on April 25, 2017 (UC)** | | | | |
| **UC1** | March 4 2020 | March 4 2020 | Pontzer | Backpage Ad of Samantha Pontzer |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| UC2 | March 5 2020 | March 5 2020 | Doyle | Aerial Map of IKEA and Red Roof Inn |
| UC2A | March 5 2020 | March 5 2020 | Doyle | Aerial Map of Red Roof Inn |
| UC3 | March 4 2020 | March 4 2020 | Shipley | Photograph of Red Roof Inn (front) |
| UC4 | March 5 2020 | March 5 2020 | Doyle | Photograph of Red Roof Inn (back building) |
| UC5 | March 4 2020 | March 4 2020 | Shipley | Photograph of Red Roof Inn (back building) |
| UC6 | March 4 2020 | March 4 2020 | Shipley | Photograph of Red Roof Inn (side building) |
| UC6A | | | | Photograph of Red Roof Inn (side building) |
| UC7 | March 4 2020 | March 4 2020 | Shipley | Photograph of Red Roof Inn (grassy area) |
| UC8 | March 5 2020 | March 5 2020 | Neumer | Heroin seized from Anna Shipley (Item 003LYA, ATF Item No. 91) |
| UC9 | March 5 2020 | March 5 2020 | Neumer | Room keys, Maryland identification card in the name of Danielle Kirk (ATF Item No. 87) |
| UC10 | March 4 2020 | March 4 2020 | Shipley | Photograph of ATF Item No. 87 (ID card and room keys) |
| UC10A | March 4 2020 | March 4 2020 | Shipley | Photograph of ATF Item No. 87 ("Sammy" phone number on notebook paper) |
| UC10B | March 4 2020 | March 4 2020 | Shipley | Photograph of ATF Item No. 87 (grocery list) |
| UC11 | March 5 2020 | March 5 2020 | Neumer | Bronze brillo and various little green and clear plastic baggies (ATF No. 90) |
| UC12 | March 5 2020 | March 5 2020 | Neumer | Photograph of ATF Item No. 90 |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| UC13 | March 6 2020 | March 6 2020 | Neumer | Tramadol seized from Kenneth Hart (Item 003LY2, ATF Item No. 92) |
| UC14 | March 6 2020 | March 6 2020 | Neumer | Heroin seized from Kenneth Hart (Item 003LY3, ATF Item No. 93) |
| UC15 | March 6 2020 | March 6 2020 | Neumer | Cocaine seized from Kenneth Hart (Item 003LY0, ATF No. 94) |
| UC16 | | | | Room key and various car keys seized from Hart (ATF Item No. 86) |
| UC17 | | | | Photograph of ATF Item No. 86 |
| UC18 | | | | Virginia birth certificate and DC Title (ATF Item No. 89) |
| UC19 | March 9 2020 | | Branton | Blue ZTE cellphone |
| **Other Locations Used by Hart for Sex and Narcotics Trafficking (L)** | | | | |
| L1 | March 5 2020 | March 5 2020 | C. Smith | Photograph of Howard Johnson and Days Inn (front view) |
| L2 | | | | Photograph of Howard Johnson and Days Inn (side view) |
| L3 | | | | Photograph of Howard Johnson and Days Inn (rear) |
| L4 | March 3 2020 | March 3 2020 | Shipley | Photograph of 10617 Worcester Avenue, Beltsville, MD (front with mailbox) |
| L5 | March 3 2020 | March 3 2020 | Shipley | Photograph of 10617 Worcester Avenue, Beltsville, MD (front front right side) |
| L6 | March 3 2020 | March 3 2020 | Shipley | Photograph of 10617 Worcester Avenue, Beltsville, MD (front from left side) |
| L7 | March 3 2020 | March 3 2020 | Shipley | Photograph of 9211 Davidson Road, College Park, MD |

| | | | | **Business and Public Records (R)** |
|---|---|---|---|---|
| **R1** | March 6 2020 | March 6 2020 | Larson | Red Roof Inn Folio (April 9 – April 13, 2017) |
| **R2** | March 6 2020 | March 6 2020 | Larson | Red Roof Inn Folio (April 13 – April 16, 2017) |
| **R3** | March 6 2020 | March 6 2020 | Larson | Red Roof Inn Folio (April 16 – April 17, 2017) |
| **R4** | March 6 2020 | March 6 2020 | Larson | Red Roof Inn Folio (April 17 – April 18, 2017) |
| **R5** | March 6 2020 | March 6 2020 | Larson | Red Roof Inn Folio (April 20 – April 21, 2017) |
| **R6** | March 6 2020 | March 6 2020 | Larson | Red Roof Inn Folio (April 21 – April 23, 2017) |
| **R7** | March 6 2020 | March 6 2020 | Larson | Red Roof Inn Folio (April 23 – April 27, 2017) |
| **R8** | March 6 2020 | March 6 2020 | Larson | Business Records Certificate for Red Roof Inn Folio |
| **R9** | March 9 2020 | March 9 2020 | Branton | Apt 202 deed and ownership records (Physical Exhibit) |
| **R10** | March 3 2020 | March 3 2020 | Shipley | 4/4/17, 8:09 PM Backpage Ad (Post ID: 27429687) |
| **R11** | March 4 2020 | March 4 2020 | Martin | 4/5/17, 10:58 AM Backpage Ad (Post ID: 27434878) |
| **R12** | March 4 2020 | March 4 2020 | Martin | 4/5/17, 1:14 PM Backpage Ad (Post ID: 27435784) |
| **R13** | March 4 2020 | March 4 2020 | Martin | 4/7/17, 9:57 PM Backpage Ad (Post ID: 27465031) |
| **R14** | March 4 2020 | March 4 2020 | Martin | 4/8/17, 12:34 AM, Backpage Ad (Post ID: 27466322) |
| **R15** | March 4 2020 | March 4 2020 | Martin | 4/10/17, 6:45 PM Backpage Ad (Post ID: 27495188) |
| **R16** | March 4 2020 | March 4 2020 | Martin | 4/12/17, 1:27 AM Backpage Ad (Post ID: 27511202) |
| **R17** | March 4 2020 | March 4 2020 | Martin | 4/12/17, 7:59 AM Backpage Ad (Post ID: 27512985) |

Exhibit List (Rev. 3/1999)

| | | | | |
|---|---|---|---|---|
| **R18** | March 4 2020 | March 4 2020 | Martin | 4/15/17, 1:12 AM Backpage Ad (Post ID: 27546288) |
| **R19** | March 4 2020 | March 4 2020 | Martin | 4/15/17, 4:06 PM Backpage Ad (Post ID: 27552335) |
| **R20** | March 4 2020 | March 4 2020 | Martin | 4/18/17, 7:44 AM Backpage Ad (Post ID: 27578161) |
| **R21** | March 4 2020 | March 4 2020 | Martin | 4/19/17, 11:43 PM Backpage Ad (Post ID: 27599303) |
| **R22** | March 4 2020 | March 4 2020 | Martin | 4/20/17, 6:11 PM Backpage Ad (Post ID: 27607951) |
| **R23** | | | | 911 Call Business Records Certificate |
| **R24** | | | | 911 Call: Track 1 |
| **R25** | | | | 911 Call: Track 2 |
| **R26** | | | | 911 Call: Track 3 |
| **R27** | March 9 2020 | | Branton | Thomas Keyes Certified Record Case No 6D00353751 |
| **R28** | March 9 2020 | | Branton | Thomas Keyes Certified Record Case No 4D00354001 |
| **R29** | March 9 2020 | | Branton | Thomas Keyes Certified Record Case No 131335C |
| **R30** | March 9 2020 | March 9 2020 | Branton | Thomas Keyes Jail Log for 2017 |
| **R31** | March 9 2020 | | Branton | Order of Detention for Thomas Lee Keyes |
| **Cellphone Exhibits (C)** | | | | |
| **C1** | March 4 2020 | March 4 2020 | Shipley | Hart Cellphone 1 Powerpoint |
| **C2** | March 4 2020 | March 4 2020 | Shipley | Hart Cellphone 2 Powerpoint |
| **C2A** | March 4 2020 | March 4 2020 | Shipley | Exhibit C2 Powerpoint in hard copy |
| **Gmail Account – Kristen.va.carey@gmail.com (K)** | | | | |
| **G1** | | | | Google Business Records Certificate for Raindiva Email |

Exhibit List (Rev. 3/1999)

| | | | | |
|---|---|---|---|---|
| **K1** | | | | Email in re: 4/4/17, 8:09 PM Backpage Ad (Post ID: 27429687) |
| **K2** | | | | Email in re : 4/5/17, 10:58 AM Backpage Ad (Post ID: 27434878) |
| **K3** | | | | Email in re: 4/5/17, 1:14 PM Backpage Ad (Post ID: 27435784) |
| **K4** | | | | Email in re: 4/7/17, 9:57 PM Backpage Ad (Post ID: 27465031) |
| **K5** | | | | Email in re: 4/8/17, 12:34 AM, Backpage Ad (Post ID: 27466322) |
| **K6** | | | | Email in re: 4/10/17, 6:45 PM Backpage Ad (Post ID: 27495188) |
| **K7** | | | | Email in re: 4/12/17, 1:27 AM Backpage Ad (Post ID: 27511202) |
| **K8** | | | | Email in re: 4/12/17, 7:59 AM Backpage Ad (Post ID: 27512985) |
| **K9** | | | | Email in re: 4/15/17, 1:12 AM Backpage Ad (Post ID: 27546288) |
| **K10** | | | | Email in re: 4/15/17, 4:06 PM Backpage Ad (Post ID: 27552335) |
| **K11** | | | | Email in re: 4/18/17, 7:44 AM Backpage Ad (Post ID: 27578161) |
| **K12** | | | | Email in re: 4/19/17, 11:43 PM Backpage Ad (Post ID: 27599303) |
| **K13** | | | | Email in re: 4/20/17, 6:11 PM Backpage Ad (Post ID: 27607951) |

Exhibit List (Rev. 3/1999)

| | | | | |
|---|---|---|---|---|
| **Gmail Account – Raindiva3@gmail.com (G)** | | | | |
| **G1** | March 4 2020 | | Pontzer | Google Business Records Certificate for Raindiva Email |
| **G2** | March 4 2020 | March 4 2020 | Pontzer | 4/21/17 Email from Backpage.com in re: new account for Raindiva3@gmail.com |
| **G3** | March 4 2020 | March 4 2020 | Pontzer | 4/21/17 Email from Backpage.com for new ad (Post 27616907) |
| **G4** | March 4 2020 | March 4 2020 | Pontzer | 4/22/17 Email from Backpage.com for new ad (Post 27630664) |
| **G5** | March 4 2020 | March 4 2020 | Pontzer | 4/23/17 Email from Backpage.com for new ad (Post 27636125) |
| **G6** | March 4 2020 | March 4 2020 | Pontzer | 4/23/17 Email from Red Roof Inn in re: cancellation report |
| **G6a** | March 4 2020 | March 4 2020 | Pontzer | Attachment to G6 (Cancellation Report) |
| **G7** | March 4 2020 | March 4 2020 | Pontzer | 4/24/17 Email from Backpage.com for new ad (Post 27656098) |
| **G8** | March 4 2020 | March 4 2020 | Pontzer | 4/24 Email from Red Roof Inn for customer survey |
| **G9** | March 4 2020 | March 4 2020 | Pontzer | 5/3/17 Email from Backpage.com for new ad (Post ID 27630664) |
| **G10** | March 4 2020 | March 4 2020 | Pontzer | 5/3/17 Email from Backpage.com for new ad (Post 27656098) |
| **Photographs of Individuals (P)** | | | | |
| **P1** | March 3 2020 | March 3 2020 | Shipley | Photograph of Thomas Keyes |
| **P2** | March 3 2020 | March 3 2020 | Shipley | Photograph of Kenneth Hart |
| **P3** | March 3 2020 | March 3 2020 | Shipley | Photograph of Crystal Smith |
| **P4** | March 3 2020 | March 3 2020 | Shipley | Photograph of Kristen Carey |

| | | | | |
|---|---|---|---|---|
| **P5** | March 3 2020 | March 3 2020 | Shipley | Photograph of Samantha Pontzer |
| **P6** | March 3 2020 | March 3 2020 | Shipley | Photograph of Daria Thibault |
| **P7** | March 3 2020 | March 3 2020 | Shipley | Photograph of Wayne Ramsaran |
| **P8** | March 3 2020 | March 3 2020 | Shipley | Photograph of Anna Shipley |
| **P9** | March 3 2020 | March 3 2020 | Shipley | Phorograph of Elizabeth Luckritz |
| **P10** | March 3 2020 | March 3 2020 | Shipley | Photograph of Julius Robinson |
| **P11** | March 3 2020 | March 3 2020 | Shipley | Photograph of Darren Woodard |
| **P12** | March 3 2020 | March 3 2020 | Shipley | Photograph of Cedric Smith |
| **P13** | March 3 2020 | March 3 2020 | Shipley | Photograph of Phil Perantanokis |
| **P14** | | | | Summary Chart of Photographs of Individuals |
| **IDENTIFICATION ONLY** | | | | |
| **A** | March 5 2020 | | C. Smith | Crystal Smith Plea Agreement |
| **B** | March 3 2020 | | Shipley | Anna Shipley Plea Agreement |
| **C** | March 6 2020 | | Neumer | Vice Squad Text Messages |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |