UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: United States v. Hart,
Crim. No. 17-376

DATE: February 20, 2024

\* \* \*

On January 25, 2024, the U.S. Court of Appeals for the Fourth Circuit issued its opinion in the appeal taken from the above-captioned case. *See United States v. Hart*, No. 20-4534 (4th Cir. Jan. 25, 2024). The Fourth Circuit's opinion vacated Hart's conviction on Count 5 of his Indictment for witness tampering. The appellate court also vacated Hart's sentence and remanded for resentencing on all counts.

The Fourth Circuit's mandate issued on February 16, 2024. *See* ECF No. 209.

Accordingly, the Court **ORDERS** counsel for the parties to advise the Court, in writing, of their respective positions regarding how the Court should proceed within fourteen (14) days of this Order.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record