UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: <u>United States v. Hart,</u>  
Crim. No. 17-376

DATE: February 26, 2024

\* \* \*

Consistent with the Court's February 20, 2024 Order, the parties have submitted a Status Report proposing next steps for Hart's resentencing (*see* ECF No. 212). The parties request that the Court provide proposed dates for Hart's resentencing and that the Court enter an order directing the parties to submit new sentencing memoranda in advance of the resentencing date.

Accordingly, the Court **ORDERS**:

1. Counsel **SHALL** jointly call Chambers as soon as possible to discuss possible dates for Hart's resentencing;
2. Chambers **WILL** then coordinate with the parties to schedule Hart's resentencing; and
3. The parties **SHALL** file new sentencing memoranda no later than fourteen (14) days prior to the new sentencing date, once one is set.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____  
Peter J. Messitte  
United States District Judge

CC: Court file  
Counsel of Record